ORDERED.

**Dated:  December 30, 2016**

_[signature]_

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Excellence Holding, Inc., | ) | Case No.  6:16-bk-07750-RAC |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**INTERIM ORDER GRANTING DEBTOR'S APPLICATION TO
EMPLOY 2050 IRLO BRONSON, LLC AS MANAGEMENT COMPANY**

This case came for hearing on December 22, 2016, to consider Debtor's Application to

Employ 2050 Irlo Bronson, LLC as Management Company (the "Application"). (Doc. 14). Upon

consideration of the Application and oral presentation, and for the reasons stated in court, it is

**ORDERED**:

1.      The Application is **GRANTED** on an interim basis until the continued hearing on

**January 25, 2017**, at **10:30 a.m.**, in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400

W. Washington Street, Orlando, FL 32801.

2.      The Debtor is authorized to employ 2050 Irlo Bronson, LLC (the "Management

Company") to manage the operations of Debtor's hotel rooms, including the performance of the

following services:

       a.       Operation of the lobby.

       b.       House keeping.

       c.       Collection of rents and payments of operation expenses.

       d.       Payment of hotel staff.

3.       Debtor may pay the Management Company a fee of 24% of Debtor's gross revenue on an interim basis.

5.       Debtor will file an Amended Application to Employ Management Company prior to the hearing on January 25, 2017. The Amended Application shall include a copy of the contract between Debtor and Management Company, disclosing all insider relationships and providing details as to expenses paid by Management Company on behalf of Debtor.

Attorney Michael E. Golub is directed to serve a copy of this order on interested parties who are non-CM/ECF users.