# UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

Case No.: 6:16-bk-07750-RAC

IN RE:

EXCELENCE HOLDING, LLC

_____ /

## DEBTOR IN POSSESSION'S MOTION TO PAY INSIDERS SALARIES

EXCELENCE HOLDING, LLC, Debtor in Possession, herein, respectfully represents:

1. Movant filed its Chapter 11 Petition on November 29, 2016.

2. Sergio Gomez is a salaried employee of the Debtor in Possession.

3. That Mr. Gomez's position is book and record keeping, assistant in preparing necessary documents for the Chapter 11 proceedings.

4. None of these payments are outside the normal course of applicant's business and all of the services provided are necessary for the continued operation of the applicant's business.

5. Sergio Gomez's salary is $1000.00 per month.

6. Resume for Sergio Gomez is attached hereto.

Wherefore, Movant prays that it be authorized to continue to employ and compensate Sergio Gomez during the pendency of these proceedings, nun pro tunc from the date of filing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished by U.S. Mail to the creditors and all interested parties listed on the attached mailing matrix this  9th  day of January, 2017.

s/**Michael E. Golub**
MICHAEL E. GOLUB, P.A.
Florida Bar #0854700
Attorney for Debtor
819 W. Main Street, Suite B
Tavares, Florida 32778
(352) 742-7777

**SERGIO GOMEZ.** is an independent contractor that offers services of management and executive assistance to real estate companies since 2009. Sergio started his career working as office manager for KeyWealth corporation based in Ny, Ny. For two years, Mr. Gomez was in charge of management, collection, liquidation, customer service and sales for the re-structuration of Walden Palms in Orlando Florida, a fractured project of 400 units. Mr. Gomez then continued his career with a subsidiary, Key Wealth LLC where he also undertook the duties of property manager interim as well as director of relations with Auction company AANTV. Sergio worked for AANTV at different levels for the liquidation and management of over 250 properties all over Florida. Sergio also assisted developers on rehabilitation of buildings and crisis management at Malaga Marina in Cape coral, a 24 units building. Sergio Gomez has also done property management and executive assistance services for a bulk of 20 condos located on Orange Bottom Trail in Orlando. Mr Gomez is fluent in Spanish and English and has decent comprehension of French which makes him a great asset in the Florida real estate management field.

Hospitality Experience:
- 7 years of experience in management, sales, custumer service, book keeping, distressed condos holdings, as well as recognize and solve problems in an efficient and timely manner.
- Execute plans for productivity and occupational efficiency.
- Assistance in collection, account payable and receivable
- Preparation of notices, memos, letters for executives
- Filling and organization of corporate documents
- Communications between management company and accounting department
- Book keeping for taxes, homeowners, clients and professionals
- Assistance in preparation and follow-ups for documents for litigation proceedings
- Negotiation with HOA and banks lawyers etc.

| Label Matrix for local noticing<br>113A-6<br>Case 6:16-bk-07750-RAC<br>Middle District of Florida<br>Orlando<br>Tue Jan 10 07:23:11 EST 2017 | Roberta A. Colton<br>Orlando<br>, FL | Excellence Holding, LLC<br>14851 State RD 52<br>Hudson, FL 34669-4061 |
|---|---|---|
| Patsy Heffner, Osceola County Tax Collector<br>PO Box 422105<br>Kissimmee, FL 34742-2105 | 2050 Condotel Association<br>P.O. Box 781334<br>Orlando, FL 32878-1334 | Alexander Giller<br>c/o Justin G. Brooks, Esquir<br>Kramer & Golden, P A<br>1175 NE 125th St, Ste 512<br>Miami, FL 33161-5012 |
| Capital One CLTRL Assignee<br>of Fig 2222, LLC<br>PO Box 54418<br>New Orleans, LA 70154-4418 | Ellen Rachel Giller<br>c/o Justin G. Brooks, Esquir<br>Kramer & Golden, P A<br>1175 NE 125th St, Ste 512<br>Miami, FL 33161-5012 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Gennadi Zeldovich<br>c/o Justin G. Brooks, Esquir<br>Kramer & Golden, P A<br>1175 NE 125th St, Ste 512<br>Miami, FL 33161-5012 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Law Office of Jose D. Sosa<br>1141 Via Jardin<br>Palm Beach Gardens, FL 33418-7841 |
| Osceola County Tax Collector<br>Attn: Patsy Heffner<br>Post Office Box 422105<br>Kissimmee FL 34742-2105 | Ralph Taxi Corporation<br>c/o Justin G. Brooks, Esquir<br>Kramer & Golden, P A<br>1175 NE 125th St, Ste 512<br>Miami, FL 33161-5012 | SK Financial CPA LLC<br>2210 Ashley Oaks Circle<br>Suite 101<br>Wesley Chapel, FL 33544-6404 |
| Sara & Sergio Gomez<br>14850 Family Trail<br>Hudson, FL 34669-3644 | Michael E Golub +<br>Michael E Golub PA<br>819 West Main Street<br>Suite B<br>Tavares, FL 32778-3131 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Jill E Kelso +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)2050 Irlo Bronson, LLC | (u)Florida Department of Revenu | (u)Gestion Danny Levesque<br>85 Route 132 Quest<br>Sainte-anne-de-la<br>Pocatiere |
|---|---|---|
| (u)IRS | End of Label Matrix<br>Mailable recipients   20<br>Bypassed recipients    4<br>Total                  24 | |